RECEIVED

MAY - 9 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JEFFREY L. COLE | CIVIL ACTION NO. 11-00040 |
| VERSUS | JUDGE DOHERTY |
| SHERIFF'S OFFICE OF LAFAYETTE PARISH | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(g), Jeffrey L. Cole is barred from filing any future proceedings in this Court *in forma pauperis* while incarcerated, unless he is under imminent danger of serious physical injury.

**IT IS FURTHER ORDERED** that Jeffrey L. Cole is barred from filing any future civil actions in any court in the Western District of Louisiana, whether *in forma pauperis* or not, until the outstanding filing fees have been paid in full, and he has prior written approval of either a magistrate or district judge of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court be directed to notify the Court if Jeffrey L. Cole attempts to file any documents without prior written Court

approval.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___9___ day of ___May___, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5-9-11
BY: cs
TO: Clerk - Monroe, Shreveport, Lake Charles, Alexandria, Lafayette
CB/KH/CG/CW
TF/cw/William/S. McGinnis